UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GARY SPRENG, et al., ) | CASE NO. 1:12CV2701 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Vs. ) | |
| ) | |
| GLOBAL CREDIT & COLLECTION, ) | ORDER OF DISMISSAL |
| ) | |
| Defendant. ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 29, 2012, Plaintiffs filed a Complaint with this Court. Plaintiffs completed service on November 5, 2012. On January 7, 2013, the Court Ordered Plaintiffs to file an Application for Entry of Default by January 17, 2013, or this case would be dismissed without prejudice for want of prosecution. Plaintiff s have failed to move or seek an extension. Therefore, the Court dismisses the claims, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2013